IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN PERINE and CHARLES WALTER PERINE,

    Plaintiffs,

v.

CINTAS CORPORATION; UNITED AIRLINES, INC.; and DOES 1 THROUGH 300, inclusive, as required by California law on joint and several liability pursuant to California Civil Code § 1431.2 enacted by the People of the State of California,

    Defendants.

No. C 19-05427 WHA

**ORDER TRANSFERRING ACTION TO DISTRICT COURT FOR SOUTHERN DISTRICT OF OHIO**

The only defendant left in this action is United Airlines Inc. Both sides agree and stipulate that this Court lacks personal jurisdiction over United. Accordingly, United's motion to dismiss is **DENIED AS MOOT**. This order hereby transfers this action to the United States District Court for the Southern District of Ohio to be connected to Cintas Corporation, a related case. Ohio has specific personal jurisdiction over United because plaintiff claims that United designed the uniform at issue in conjunction with Cintas all in Ohio. The Clerk shall transfer this civil action in its entirety to the United States District Court for the Southern District of Ohio and close our file.

**IT IS SO ORDERED.**

Dated: November 15, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE